## Notice Recipients

| | |
|---|---|
| District/Off: 0752−1 | User: cgreen | Date Created: 3/12/2010 |
| Case: 10−07750 | Form ID: definmgt | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Su K. Park | 8440 Callie Ave. | Suite 212 | Morton Grove, IL 60053 | | |
| aty | Forrest L Ingram | Forrest L. Ingram, P.C. | 79 W Monroe Street | Suite 900 | Chicago, IL 60603 |

TOTAL: 2