IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10 B 07750 |
| | ) | |
| SU K. PARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION OF AMERICAN HONDA
FINANCE CORP. TO MODIFY AUTOMATIC STAY**

To:  Richard M. Fogel, Esq. (Trustee)        Forrest L. Ingram, Esq. (Debtor's Counsel)
     Shaw Gussis Fishman Glantz Wolfson      Forrest L. Ingram, P.C.
     321 North Clark Street, Suite 800       79 West Monroe Street, Suite 900
     Chicago, Illinois  60654                Chicago, Illinois  60603

     Su K. Park (Debtor)
     8440 Callie Avenue, Suite 212
     Morton Grove, Illinois 60053

Please take notice that on the 20th day of April, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Courtroom 644 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of American Honda Finance Corp. to Modify Automatic Stay,* which has been electronically filed this date to the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, at the Dirksen Federal Building, 219 South Dearborn Street, 7th Floor, Chicago, Illinois, a copy of which is hereby served upon you by electronic notice and U.S. Mail.

Respectfully submitted,

AMERICAN HONDA FINANCE CORP.,
Creditor,

By: _____/s/ David J. Frankel_____
One of its attorneys

David J. Frankel (Ill. #6237097)
Sorman & Frankel, Ltd.
203 North LaSalle Street, Suite 2350
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Honda/Park/Motion to Modify Stay

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## **CERTIFICATE OF SERVICE**

       The undersigned, under oath, deposes and says that he served the above and foregoing Notice and Motion upon the above-named persons by electronic filing and by placing same in a sealed envelope addressed as aforesaid, with proper postage prepaid, and depositing it in the United States Mail at 203 North LaSalle Street, Chicago, Illinois on this 9th day of April, 2010, before the hour of 5:00 p.m.

                                                                                       _____/s/ David J. Frankel_____

SUBSCRIBED AND SWORN TO
before me this 9th day of April, 2010

      _____/s/ Samantha Brand_____
              NOTARY PUBLIC

Honda/Park/Motion to Modify Stay

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10 B 07750 |
| | ) | |
| SU K. PARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**MOTION OF AMERICAN HONDA FINANCE
CORP. TO MODIFY AUTOMATIC STAY**

AMERICAN HONDA FINANCE CORP. ("Honda"), a creditor herein, by its attorneys, David J. Frankel of the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2010), and such other Sections and Rules as may apply, to enter an Order modifying the restraining provisions provided therein. In support thereof, Honda states as follows:

1. On February 25, 2010, Debtor, Su K. Park ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. In the three hundred sixty-five (365) days preceding the commencement of these proceedings, Debtor has not sought relief under the United States Bankruptcy Code in any other bankruptcy proceedings.

3. That Honda is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2008 Honda Pilot motor vehicle bearing a Vehicle Identification Number ("VIN") of 5FNYF18578B025871 (the "Vehicle"). (See Ex. "A").

4. The current total outstanding balance due to Honda from the Debtor for the Vehicle is $20,225.14. (See Statement of Default attached hereto).

Honda/Park/Motion to Modify Stay

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

      5. Debtor has failed to provide Honda with proof of insurance for the Vehicle or make required payments to Honda due on and after February 7, 2010. As such, Honda seeks relief from the automatic stay so that Honda may take immediate possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

      6. Debtor has not offered, and Honda is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle, and the Vehicle is not necessary to an effective reorganization by the Debtor.

      7. Honda will suffer irreparable injury, harm and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

      8. Debtor failed to make required payments to Honda for the Vehicle and is past due for payments owing for the Vehicle.

      9. Honda requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

      **WHEREFORE**, American Honda Finance Corp. respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic restraining provisions of Section 362 of the Bankruptcy Code to permit Honda to take immediate possession of and foreclose its security interest in the 2008 Honda Pilot motor vehicle bearing a Vehicle Identification Number ("VIN") of

5FNYF18578B025871; and, for such other, further and different relief as this Court deems just and

proper.

                                                Respectfully submitted,

                                                AMERICAN HONDA FINANCE CORP.,
                                                Creditor,

David J. Frankel (Ill. #6237097)
Sorman & Frankel, Ltd.                    By: _____/s/ David J. Frankel_____
203 N. LaSalle Street, Suite 2350                    One of its attorneys
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.