APR-05-2010  10:58    AMERICAN HONDA FINANCE                    8477834186    P.02/05

Financial Services

## RETAIL INSTALLMENT CONTRACT - CONSUMER CREDIT DOCUMENT
### ILLINOIS

Contract Date: 02/22/2008

Account Number: N/A

### BUYER (called "YOU" or "YOUR" in this Contract)

Name (Primary Buyer): SU KYONG C PARK
Name (Buyer): N/A
Address: 3715 DEFOE COURT
City: NAPERVILLE   State: IL   Zip Code: 60564

### SELLER-CREDITOR (called "WE" or "US" in this Contract)

Dealer #: N/A
Name: HONDA OF JOLIET
Address: 3225 PLAINFIELD RD.
City: JOLIET   State: IL   Zip Code: 60435

### THE VEHICLE IS:

| New or Used | MODEL YEAR | MAKE | ODOMETER READING | MODEL | IDENTIFICATION NO. (Complete Serial No.) | KEY CODE |
|---|---|---|---|---|---|---|
| NEW | 2008 | HONDA | 99 | PILOT | 5FNYF185788025871 | K373 |

### AUTOMOBILE EQUIPMENT INCLUDED

Including Standard Manufacturer Installed Features (unless replaced by upgraded equipment) and the Following Dealer Installed Options:
N/A Air Conditioning   N/A Leather Interior   N/A Power Moonroof   N/A Custom Wheels   N/A Rear Wing Spoiler   N/A Alarm System
Audio System Includes:  N/A AM/FM Stereo   N/A AM/FM Stereo with Cassette Player   N/A Cassette Player   N/A CD Changer   N/A CD Player
Other Dealer Installed Options: N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | FINANCE CHARGE. The dollar amount the credit will cost you. | Amount Financed. The amount of credit provided to you or on your behalf. | Total of Payments. The amount you will have paid after you have made all payments as scheduled. | Total Sale Price. The total cost of your purchase on credit, including your downpayment of $5000.00 |
|---|---|---|---|---|
| 11.74 % | $ 10403.78 | $ 25709.98 | $ 36113.76 | $ 41113.76 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 72 | 501.58 | MONTHLY, BEGINNING 04/07/2008 |
| N/A | N/A | N/A |

PREPAYMENT: If you pay off early, you will not have to pay a penalty.
LATE CHARGE: If a payment is more than 10 days late, Buyer will be charged the greater of 5% of the unpaid portion of the payment or $10.
SECURITY: You are giving a Security Interest in the Vehicle being purchased.
NOTE: See the reverse side of this document for additional information about nonpayment, default, checks returned for insufficient funds, any repayment in full before the scheduled date and prepayment refunds.

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS TRANSACTION.**

**PHYSICAL DAMAGE INSURANCE ON THE PROPERTY IS REQUIRED TO OBTAIN CREDIT. BUYER MAY OBTAIN SUCH INSURANCE FROM ANYONE CHOSEN BY BUYER ACCEPTABLE TO SELLER.**

### INSURANCE

Buyer voluntarily requests the credit insurance checked below, if any, and understands that such Insurance is not required to obtain credit. Buyer acknowledges disclosure of the cost of such insurance and authorizes it to be included in the balance payable under this Contract.

| TYPE | PREMIUM | TERM |
|---|---|---|
| Credit Life | $ N/A | N/A |
| Joint Life | $ N/A | N/A |
| Credit Disability | $ N/A | N/A |
| TOTAL PREMIUMS | $ N/A | |

☐ Buyer wants Credit Life Insurance.

N/A _____ N/A _____
Date          Primary Buyer (Signature)

### ITEMIZATION OF AMOUNT FINANCED

1. CASH PRICE.
   A. Vehicle (including accessories, delivery, and installation charges) ............ $ 27617.00 (1A)
   B. Documentation Preparation Charge ........ $ 150.00 (1B)
   C. Sales Tax .............. $ 1488.98 (1C)
   D. Total Cash Sales Price (1A plus 1B plus 1C) ........ $ 29255.98 (1D)
2. DOWNPAYMENT
   A. Manufacturer's Rebate (if any) .......... $ N/A (2A)
   B. Cash Downpayment ................... $ N/A (2B)
   C. Total Cash Portion Of Downpayment (2A plus 2B) ........ $ N/A (2C)
   Trade-In Description/Allowance
   Description: Yr 98  Make BMW
   Model 528I   VIN WBADD6324WBW42379
   D. Trade-In Allowance ............... $ 5000.00 (2D)
   E. Amount Owed on Trade-In
      Owed to: N/A ........ $ N/A (2E)
   F. Net Trade-In (2D minus 2E) (Disclose as zero if negative) ...... $ 5000.00 (2F)
   G. Amount to Finance

RECEIVED FEB 26 2008 AT BRANCH 105

APR-05-2010  10:58        AMERICAN HONDA FINANCE                8477834186       P.03/05

| N/A | N/A |
|---|---|
| Date | Primary Buyer (Signature) |

TOTAL INSURANCE PREMIUMS ARE DESCRIBED IN ITEM 4.

**AGREEMENT:** The undersigned Seller agrees to sell and the undersigned Buyer, jointly and severally if more than one, agrees to purchase the Vehicle described above and all equipment included, subject to the terms of this Contract.

**PROMISE TO PAY:** Buyer promises to pay to Seller, at the above address, or other address that may be specified, the Amount Financed shown above, plus finance charges at the Annual Percentage Rate shown above computed on the unpaid balance outstanding from time to time; plus any applicable dishonored check and other charges provided in this Contract or otherwise provided by law. Finance charges shall begin to accrue as of the date of this Contract. Monthly payments are due in the amount and at the times shown above; the final payment will be adjusted to reflect additional or lesser amounts due on the final payment date. The actual amount of the final payment will depend upon whether Buyer makes payments on time. Early payments will have the effect of reducing the final payment, while late payments will cause it to be higher.

| | | |
|---|---|---|
| A. Credit Life Premium** | $ N/A | (4A) |
| B. Credit Disability Premium** | $ N/A | (4B) |
| C. Extended Service Contract** | $ 986.00 | (4C) |
| D. Other**: N/A | $ N/A | (4D) |
| **Official Fees** | | |
| E. Registration Fees | $ 78.00 | (4E) |
| F. Title/Lien Fees | $ 65.00 | (4F) |
| G. Other Official Fees | $ N/A | (4G) |
| H. Other Official Fees | $ N/A | (4H) |
| **Other Charges** | | |
| I. Outstanding Balance on Trade-In Paid to: (see 2G above) N/A | $ N/A | (4I) |
| J. To** PROTECTIVE for GAP | $ 300.00 | (4J) |
| K. To** CVR/SELLER for OPTIONAL ERT FEE | $ 25.00 | (4K) |
| L. Total Amounts Paid On Your Behalf (4A through 4K) | $ 1454.00 | (4L) |
| 5. AMOUNT FINANCED (3 plus 4L) | $ 25709.98 | (5) |

**Seller may be retaining a portion of these amounts.

**ASSIGNMENT:** Buyer agrees that this Contract may be assigned by the Seller. Buyer agrees that if this Contract is assigned by the Seller, the Assignee shall have all rights of the Seller under this Contract.

**THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIATED WITH THE SELLER. THE SELLER MAY ASSIGN THIS CONTRACT AND RETAIN ITS RIGHT TO RECEIVE A PART OF THE FINANCE CHARGE.**

**THERE ARE OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF WHICH ARE INCORPORATED HEREIN AND BINDING UPON YOU.**

**DOCUMENTARY FEE.** A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2008, WAS $150. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $150 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

**NOTICE TO BUYER OF USED VEHICLE:** THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**SEE REVERSE SIDE FOR INFORMATION ON POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.**

**BUYER:** By your signature below, you acknowledge that you have read and understand both sides of this Contract, which was completely filled in prior to your execution hereof, and have received a fully executed copy thereof. You also acknowledge receipt of the Vehicle described above in good condition.

**NOTICE TO THE BUYER**
1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.
2. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.
3. UNDER THE LAW YOU HAVE THE RIGHT, AMONG OTHERS, TO PAY IN ADVANCE THE FULL AMOUNT DUE AND TO OBTAIN UNDER CERTAIN CONDITIONS A PARTIAL REFUND OF THE FINANCE CHARGE.

**RETAIL INSTALLMENT CONTRACT**

| X _[signature]_ | 02/22/2008 | X N/A | |
|---|---|---|---|
| Buyer(s) Signature | Date | Guarantor's Signature | Date |

| X N/A | N/A |
|---|---|
| Co-Buyer(s) Signature | Date |

Instruction: If parent, spouse or person listed on the certificate of title is a co-buyer, sign above. Others sign on Guarantor line.

I hereby guarantee the collection of the above described amount upon failure of the Seller named herein to collect said amount from the Buyer named herein.

**SELLER-CREDITOR:**
Dealer's Signature _[signature]_  Date 02/22/2008
Title N/A  F/I MGR

APR-05-2010  10:59        AMERICAN HONDA FINANCE                    8477834186    P.04/05

## ADDITIONAL TERMS

**Prepayment**
Buyer has the right to pay this Contract in full at any time without penalty.

**Security Interest**
Buyer gives to Seller a Security Interest in the Vehicle and in all parts and accessories now or hereafter included in or added to the Vehicle, and in all insurance premiums financed by Seller or rebates from insurance premiums, in service contract premiums and in the proceeds of any insurance policies covering the Vehicle or credit life or disability insurance policies financed hereunder, which Security Interest secures the payment and performance of all obligations of Buyer under this Contract.

**Late Charge / Returned Payment Charge**
If a payment is more than 10 days late, Buyer will be charged a late charge in the amount disclosed on the front of the contract.
Buyer will pay an administrative charge of $25.00 for any payment tendered that is dishonored for any reason by a depository institution.

**Insurance**
Buyer agrees to keep the Vehicle in good condition and fully insured against loss, theft or damage with Seller named as loss payee.

Unless Buyer provides Seller with evidence of the insurance coverage required by this Contract, Seller may purchase insurance at Buyer's expense to protect Seller's interests in the collateral. This insurance may, but need not, protect Buyer's interests. The coverage that Seller purchases may not pay any claim that Buyer makes or any claim that is made against Buyer in connection with the collateral. Buyer may later cancel any insurance purchased by Seller, but only after providing Seller with evidence that Buyer has obtained insurance as required by this Contract. If Seller purchases insurance for the collateral, Buyer will be responsible for the costs of that insurance, including interest and any other charges Seller may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to Buyer's total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance Buyer may be able to obtain on his own.

**Buyer's Agreements**
Buyer agrees to pay all amounts owing under this Contract even if the Vehicle is damaged, destroyed or missing. Buyer agrees to keep the Vehicle in good condition and will not make any alterations to the Vehicle without Seller's written consent. Buyer agrees not to take the Vehicle from the state where Buyer lives for more than 30 days without Seller's written consent, and will notify Seller immediately of any change in Buyer's address. Buyer will not sell, rent, lease or otherwise transfer any interest in the Vehicle, and will not assign Buyer's rights or obligations under this Contract. Buyer will not expose the Vehicle to misuse, seizure, or confiscation, or other involuntary transfer, even if the Vehicle was not the subject of judicial or administrative action. If Seller pays any repair bills, storage bills, taxes, fines, tickets or other charges on the Vehicle, Buyer agrees to repay the amount to Seller immediately upon demand.

**Buyer's Representations**
Buyer promises that Buyer has given true and correct information in the application for credit, and has no knowledge that would make that information untrue in the future. Seller has relied on the truth and accuracy of that information in entering into this Contract. Buyer promises that Buyer has given a true payoff amount on any Vehicle traded in. If that payoff is more than the amount shown in the Itemization of Amount Financed on the front of this Contract, Buyer will pay Seller the excess amount upon demand.

**Default**
Buyer will be in default if:
(1)  Buyer fails to make any payment when due, or
(2)  Buyer gave false or misleading information on Buyer's application relating to this Contract; or
(3)  The Vehicle is seized by any local, state, or federal authority and is not promptly and unconditionally returned to Buyer; or
(4)  A bankruptcy petition is filed by or against Buyer or any guarantor; or
(5)  Buyer or any guarantor dies or becomes incompetent; or
(6)  Buyer fails to keep any other agreement in this Contract.

If Buyer is in default, Seller will have all the rights and remedies of a secured party under the Uniform Commercial Code, and any other applicable laws. Among other things, Seller may require Buyer to pay at once all amounts due under this Contract. Seller may also repossess the Vehicle. Buyer, at Seller's request, will assemble the collateral and make it available to Seller.

**Repossession**
Upon Buyer's default, Seller is entitled to repossess the Vehicle. Buyer hereby irrevocably consents to any act, not prohibited by law, by the Seller or its Agents in entering upon any premises for the purpose of either (1) inspecting the Vehicle or (2) taking possession of the Vehicle after an event of default, without notice or demand or legal process.

**Sale of Repossessed Vehicle**
If Seller repossesses the Vehicle, Seller can sell it and apply the money received to what Buyer owes. The sale will be governed by the Uniform Commercial Code and other applicable

**(2) IN CASE OF EARLY COMPLETE PAYMENT OF BUYER'S LOAN, BUYER SHOULD CONTACT THE SELLER OF BUYER'S CREDIT LIFE OR CREDIT DISABILITY INSURANCE TO SEE IF A REFUND IS DUE. IF BUYER'S VEHICLE DEALER FINANCED BUYER'S LOAN, THE SELLER OF BUYER'S CREDIT LIFE OR CREDIT DISABILITY INSURANCE IS BUYER'S VEHICLE DEALER.**

**Notice**
ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Seller's Assignment**
Seller hereby sells, assigns and transfers to the Assignee named below, its entire right, title and interest in this Contract, any security therefor and any guarantee, subject to the endorsement below and subject to any written agreement that is in effect between the Seller and Assignee.

Seller represents and warrants as follows:

1. This Contract is and will remain genuine, legally valid and enforceable.

2. The subject Vehicle has been delivered to the Buyer who has purchased same for Buyer's own use and benefit unless otherwise stated.

3. All of the facts set out in this Contract concerning total sale price, downpayment and trade-in are true.

4. We have complied in good faith with all disclosure requirements and provisions of state and Federal laws applicable to this Contract.

5. This written Contract is the entire agreement between Seller and Buyer.

All warranties are made to induce the Assignee to purchase this Contract. If there is a breach of any of the warranties or if Buyer asserts any defenses under this Contract, Seller will, on demand, repurchase this Contract for the balance then remaining unpaid plus all losses and expenses paid or incurred by Assignee in connection with this Contract. Seller waives all demands and notices of default and consents that, without notice to Seller, Assignee may extend time to or compromise or release, by operation of law or otherwise, any right against the Buyer or any other obligor.

Assignee is American Honda Finance Corporation ("AHFC") unless otherwise specified below:

**Seller's Endorsement**
The above assignment by Seller is made upon the endorsement and agreement indicated below:

☐          With Full Recourse and Unconditional Guarantee.
(INITIAL)
              Seller guarantees payment of the unpaid balance on the said Contract as and
              when the same shall become due.

☐          Full Repurchase.
(INITIAL)
              If AHFC repossesses the Vehicle, Seller will upon AHFC's demand, pay AHFC the
              then unpaid balance, provided the Vehicle is offered to us within ninety (90)
              days after maturity of the earliest installment still wholly in default.

APR-05-2010  10:59        AMERICAN HONDA FINANCE                                              8477834186    P.05/05

[...] holding, preparing for sale or lease, collecting [...] the amount Buyer owes upon default. Such fees and expenses may be added to the balance owing on this Contract, together with finance charges at the rate applicable hereunder, from the date incurred.

**Seller's Rights**
Seller may delay enforcing any of Seller's rights under this Contract without losing them.
Seller may apply any amount Seller receives from Buyer first to Seller's accrued charges.
Seller may assign any of Seller's rights under this Contract without Buyer's consent.

**General Provisions**
(1) *Power of Attorney.* Buyer appoints Seller as Buyer's attorney-in-fact to execute any notices, financing or other statements in Buyer's name and to perform all other acts which are deemed appropriate to perfect or to continue perfection of the security interest.
(2) *Definitions.* In this Contract, the term "Buyer" includes each of the "Buyers" as well as all of them. The term "Seller" means the creditor identified on the front of this Contract, and the Assignee or any other holder of this Contract if Seller assigns this Contract.
(3) *Keys.* Seller and/or Assignee will retain a copy of the keys to the Vehicle.
(4) *Insurance Provisions.* Buyer authorizes Seller to collect any refund of insurance premiums and apply it against the Buyer's indebtedness under this Contract. Further, Buyer agrees that, if the Vehicle is lost or damaged, the Seller may use any insurance settlement to reduce what Buyer owes or to repair the Vehicle. If the Vehicle is repossessed, Buyer agrees that the Seller may claim benefits under any optional insurance or service contracts financed under this Contract, and may terminate any such contracts to obtain refunds for unearned charges.
(5) *Severability.* If any provision of this Contract should be invalid, illegal or unenforceable in any respect, the validity, legality and enforcement of the remaining provisions shall not in any way be affected or impaired.
(6) *Integration.* All of the agreements between the Buyer and Seller are set forth in this Contract and no modification of this Contract shall be valid unless it is made in writing and signed by the Buyer and Seller.
(7) *Applicable Law.* Questions about this Contract will be settled by Illinois law except as modified by federal law and regulations.

**NOTICE OF POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.**

**1) IF BUYER HAS PURCHASED EITHER CREDIT LIFE OR CREDIT DISABILITY INSURANCE, OR BOTH, TO GUARANTEE PAYMENTS BEING MADE IN CASE OF BUYER'S DEATH OR DISABILITY, ON BUYER'S VEHICLE PURCHASED UNDER AN INSTALLMENT SALES CONTRACT, BUYER MAY BE ENTITLED TO A PARTIAL REFUND OF BUYER'S PREMIUM IF BUYER PAYS OFF BUYER'S INSTALLMENT LOAN EARLY.**

(INITIAL) ☐  If Buyer fails to pay _____ installments, undersigned will repurchase the Vehicle upon repossession and will pay therefor the unpaid portion of the Total Balance.

(INITIAL) ☐  Partial Guarantee.
Undersigned, upon default of this Contract, will pay AHFC on demand
$ _____

Date of Assignment: 2/22/08

Seller's Name: WEST SUBURBAN AUTO PLAZA DBA HONDA OF JOLI

Title: _____

Seller's Signature: _____
(Partner, Officer, or other Authorized Individual)

TOTAL P.05

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 5FNYF18578B025871 | 2008 | HONDA | PILOT | UTILITY | X8066691647 |
| **5FNYF18578B025871** | | | | | |

| DATE ISSUED | ODOMETER | CCM | PURCHASED | | PURCHASE DATE |
|---|---|---|---|---|---|
| 03/06/08 | 99 | | NEW | | 02/22/08 |
| | **99** | | | | |

MOBILE HOME SQ FT    TYPE OF TITLE: ORIGINAL

MAILING ADDRESS

AMERICAN HONDA FINANCE CORP
P O BOX 997518
SACRAMENTO CA 95899-7518

LEGEND(S)
ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
SU KYONG C PARK
3715 DEFOE COURT
NAPERVILLE IL 60564

FIRST LIENHOLDER NAME AND ADDRESS
AMERICAN HONDA FINANCE CORP
P O BOX 997518
SACRAMENTO CA 95899-7518

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party _____ Address _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage."
WARNING—ODOMETER DISCREPANCY

ODOMETER READING    NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) _____ DATE OF SALE _____
"I am aware of the above odometer certification made by seller."
Signature(s) of Buyer(s) _____ Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**