**REQUIRED STATEMENT TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s) Su K. Park         Case No. 10 B 07750         Chapter 7

All Cases: Moving Creditor American Honda Finance Corp.   Date Case Filed 2/26/10
Nature of Relief Sought:  _x_ Lift Stay    __Annul Stay    __Other (describe) __

Chapter 13: Date of Confirmation Hearing __ or Date Plan Confirmed __

Chapter 7:       __ No-Asset Report Filed on __
                 _x_ No-Asset Report not Filed, Date of Creditors Meeting 4/13/10

1. Collateral
   a.   __ Home
   b.   _x_ Car         Year, Make, and Model 2008 Honda Pilot
   c.   __Other (Describe) ___

2. Balance Owed as of Petition Date $20,225.14
   Total of all other Liens against Collateral $0.00

3. In Chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $19,400.00

5. Default
   a.   _x_ Pre-Petition Default
        Number of months _1_  Amount $501.58
   b.   _x_ Post-Petition Default
        i.    _x_ On direct payments to the moving creditor
              Number of months _2_  Amount $1,003.16
        ii.   __ On payments to the Standing Chapter 13 Trustee
              Number of months ___ Amount $__

6. Other Allegations
   a.   _X_ Lack of Adequate Protection §362(d)(1)
        i.    _X_ No insurance
        ii.   ___ Taxes unpaid            Amount $_____
        iii.  _X_ Rapidly Depreciating Asset
        iv.   ___ Other (describe) _____
   b.   _X_ No Equity and not Necessary for an Effective Reorganization §362(d)(2)
   c.   ___ Other "Cause" §362(d)(1)
        i.    ___ Bad Faith (describe) _____
        ii.   ___ Multiple Filings
        iii.  ___ Other (describe) _____
   d.   Debtor's Statement of Intent regarding the Collateral
        i. _X_ Reaffirm   ii. __ Redeem   iii. __ Surrender   iv. __ No Statement of Intent Filed

Date:  __4/9/10____                          _____David J. Frankel, Esq._____
                                                          Counsel for Movant