# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10 B 07750 |
| | ) | |
| SU K. PARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of AMERICAN HONDA FINANCE CORP. to Modify Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2010), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of AMERICAN HONDA FINANCE CORP. to Modify Automatic Stay is hereby **granted**;

2. **That the restraining provisions of Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2010) are hereby modified** to permit AMERICAN HONDA FINANCE CORP. to take possession of, sell and foreclose its security interest in the 2008 Honda Pilot motor vehicle bearing a Vehicle Identification Number ("VIN") of 5FNYF18578B025871, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Dated: April 20, 2010.

ENTER:

_____

Judge: _____

**Prepared by counsel for Movant:**
David J. Frankel (Ill. #6237097)
Sorman & Frankel, Ltd.
203 North LaSalle Street, Suite 2350
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Honda/Park/Order

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.