Certificate Number: 02114-ILN-DE-010596940
Bankruptcy Case Number: 1007750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 04/12/10, at 03:50 o'clock PM EST, Su K Park completed a course on personal financial management given by Internet by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Illinois.

Title:  **Bankruptcy Program Director**
By: /s/Doug Erickson

Date: 04.12.10

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1